**Motion Granted; Dismissed and Memorandum Opinion filed November 27, 2012.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00910-CV

---

### IN THE MATTER OF H.C, a Juvenile

---

**On Appeal from the 359th District Court
Montgomery County, Texas
Trial Court Cause No. 12-03-02932 JV**

---

## MEMORANDUM OPINION

This is an appeal from a judgment of adjudication and disposition signed August 21, 2012. On November 15, 2012, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.